```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-02096-RNO
Charles Everett Howard                                          Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar              Page 1 of 1              Date Rcvd: Jun 25, 2018
                             Form ID: ntcnfhrg          Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
```
db            +Charles Everett Howard,    629 Girard Avenue,    York, PA 17403-2825
5062971        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5062974       +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5062975       +Leader Surgical Associates,    25 Monument Road, Suite 260,    York, PA 17403-5073
5062976       +Medical Data Systems, Inc.,    2001 9th Avenue, Suite 312,    Vero Beach, FL 32960-6413
5062978      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    d/b/a Mr. Cooper,   PO Box 619096,
                 Dallas, TX 75261-9741)
5062979        The City of York, Pennsylvania,    101 South George Street,    PO Box 1506,   York, PA 17405-1506
5062980        WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
5062981       +York Credit Bureau,    33 South Duke Street,    York, PA 17401-1401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5062972       +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jun 25 2018 19:40:53     Collection Center, Inc.,
                 2011 Miller Road,    East Petersburg, PA 17520-1624
5062973       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 25 2018 19:40:51
                 Credit Collection Services,    725 Canton Street,    PO Box 607,   Norwood, MA 02062-0607
5062977       +E-mail/Text: Bankruptcies@nragroup.com Jun 25 2018 19:40:57     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Charles Everett Howard pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charles Everett Howard,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–02096–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 8, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 15, 2018 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 25, 2018 |

ntcnfhrg (03/18)