In re:                                                                    Case No. 18-02096-RNO
Charles Everett Howard                                                    Chapter 13
          Debtor              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Sep 05, 2018
                              Form ID: ordsmiss      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db           +Charles Everett Howard,    629 Girard Avenue,    York, PA 17403-2825
5062971       Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,    PO Box 8875,
               Camp Hill, PA 17001-8875
5062974      +KML Law Group, PC,   BNY Mellon Independence Center,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
5062975      +Leader Surgical Associates,    25 Monument Road, Suite 260,    York, PA 17403-5073
5062976      +Medical Data Systems, Inc.,    2001 9th Avenue, Suite 312,    Vero Beach, FL 32960-6413
5062978      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,    d/b/a Mr. Cooper,    PO Box 619096,
               Dallas, TX 75261-9741)
5080344      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5062979       The City of York, Pennsylvania,   101 South George Street,    PO Box 1506,    York, PA 17405-1506
5062980       WellSpan Health,   PO Box 742641,    Cincinnati, OH 45274-2641
5062981      +York Credit Bureau,   33 South Duke Street,    York, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5062972      +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Sep 05 2018 18:55:41      Collection Center, Inc.,
               2011 Miller Road,    East Petersburg, PA 17520-1624
5062973      +EDI: CCS.COM Sep 05 2018 22:58:00      Credit Collection Services,    725 Canton Street,
               PO Box 607,    Norwood, MA 02062-0607
5062977      +E-mail/Text: Bankruptcies@nragroup.com Sep 05 2018 18:55:42       National Recovery Agency,
               2491 Paxton Street,    Harrisburg, PA 17111-1036
                                                                                   TOTAL: 3


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Charles Everett Howard pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charles Everett Howard,                                       Chapter            13

    **Debtor 1**

Case No.            1:18–bk–02096–RNO

#### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated:  September 5, 2018                                   By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)