```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-02096-RNO
Charles Everett Howard                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar           Page 1 of 1           Date Rcvd: Sep 06, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
    +B-Way Corporation,   Attn: Payroll Administrator,   8607 Roberts Drive, Suite 250, Atlanta, GA 30350-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
    Paul Donald Murphy-Ahles   on behalf of Debtor 1 Charles Everett Howard pmurphy@dplglaw.com, kgreene@dplglaw.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                   TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles Everett Howard

**Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-02096-RNO

**Matter:** Motion for Termination of Wage Attachment Order

**Document No.** 12

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Charles Everett Howard, receives income should immediately cease the wage attachment in the amount of **$85.16** from each **weekly** paycheck.

Dated: September 6, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)